IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Latrobe Area Hospital :
    :
        v. : No. 1882 C.D. 2017
    :
Westmoreland County Board :
of Assessment Appeals, Hempfield :
Township, Hempfield Area School :
District and County of Westmoreland :
    :
Appeal of: Westmoreland County :
Board of Assessment Appeals :

## **O R D E R**

NOW, September 4, 2019, having considered Appellee's application for reargument, and Appellant's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge